# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LATAEVYON TAYLOR,<br><br>        Plaintiff,<br><br>v.<br><br>WESTERN OKLAHOMA STATE<br>COLLEGE, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. CIV-26-45-SLP<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Plaintiff commenced this action alleging a violation of his civil rights under federal law. *See* Compl. [Doc. No. 1]. Plaintiff also seeks leave to proceed in forma pauperis. *See* Applications [Doc. Nos. 2, 7 and 9-1].

Before the Court is the Report and Recommendation ("R.&R.") [Doc. No. 5] of United States Magistrate Judge Chris M. Stephens. The Magistrate Judge recommends that Plaintiff's Application [Doc. No. 2] be denied and the action dismissed unless Plaintiff pays the full $405.00 filing fee within twenty-one (21) days of any order adopting the R.&R.

The Magistrate Judge advised Plaintiff of his right to object to the findings set forth in the R.&R. and further advised Plaintiff that failure to timely object would constitute a waiver of his right to appellate review of the factual and legal matters in the R.&R. On February 18, 2026, Plaintiff filed an Objection [Doc. No. 9] and states that he has sent two applications with information about his mother's income. He further states in his Objection that he is a student, lives in his mother's home and does not have a job at this time.

The Magistrate Judge addressed only Plaintiff's first Application and recommended dismissal on grounds the Application was insufficient.  *See* Doc. No. 2.  But the record reflects that Plaintiff filed a second Application on February 3, 2026, prior to the issuance of the R.&R.  *See* Doc. No. 7.

In the second Application, Plaintiff clarifies that he is an unemployed college student.  And Plaintiff states that he "receive[s] help from [his] parents the best that they can."  *Id*. at 2.  But Plaintiff fails to address the financial resources of his parents even though the Magistrate Judge expressly advised Plaintiff that if he "relies on someone for financial support, their financial resources must be included in the Application."  *See* Order Doc. No. 4.  (citing cases).  Indeed, the Magistrate Judge directed Plaintiff to "submit a new application . . . including the financial resources of any person financially supporting him." *Id*. at 2.

Plaintiff attaches to his Objection yet another Application.  *See* Doc. No. 9-1.  He states that his mother gives him $250.00 for food, he lives with his mother, and his parents pay for his phone.  But Plaintiff again fails to provide any information about the financial resources of his mother, or any other person upon whom he relies for financial support.  Because Plaintiff has failed to cure the deficiencies noted by the Magistrate Judge, the Court finds Plaintiff is not entitled to proceed without prepayment of the filing fee.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 5] is ADOPTED, and Plaintiff's Applications to Proceed in Forma Pauperis [Doc. Nos. 2, 7 and 9-1] are DENIED.  Plaintiff is advised that if he does not pay the requisite $405.00

filing fee to the Clerk of Court within twenty (21) days from the date of this Order, or by March 18, 2026, his action will be dismissed without prejudice.

IT IS SO ORDERED this 25th day of February, 2026.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

Case 5:26-cv-00045-SLP   Document 10   Filed 02/25/26   Page 3 of 3